IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK LUDWIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:07-cv-1906 |
| vs. ) | |
| ) | |
| SARAH CASLIN, ) | |
| KELLY M. KLEESCHULTE, and ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH ) | |
| PENNSYLVANIA, ) | |
| Defendants. ) | |

## ORDER

Cause called and evidence heard. Defendant Kelly Kleeschulte is already in default. The Court finds that Plaintiff Mark Ludwig suffered a significant injury involving fractures requiring surgical correction to his neck.

The collision giving rise to Plaintiff's injuries resulted when Defendant Kleeschulte carelessly and negligently braked hard on the interstate in a lane reserved for moving traffic. This set into force a chain of events which eventually caused the truck Plaintiff was operating to overturn which caused Plaintiff's injuries. Plaintiff's medical bills for treatment arising from the collision total Fifty-seven Two Hundred Thirteen Dollars and 34/100ths ($57,213.34) to date. Plaintiff has testified that these bills are paid. Plaintiff testifies that his neck still hurts and that he has hardware in his neck.

The Court finds the total value of Plaintiff's claim to be Three Hundred and Twenty-five Dollars ($325,000.00). The Court finds that Defendant Kleeschulte is Twenty-five (25%) Percent at fault in this collision and that another individual not before this Court is Seventy-five (75%) Percent at fault. The Court finds Kleeschulte was an uninsured driver on the date of this collision.

1

The Court will enter~~s~~ judgment against Kleeschulte and in favor of plaintiff Mark Ludwig in the amount of Eighty-one Thousand Two Hundred Fifty Dollars ($81,250.00) and interest from this date and costs. Judgment to execute. *Judgment will be issued today separately.*

SO ORDERED:

4/17/08  _____
The Honorable Catherine Perry    Date

2